UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL CARRILLO,

          Plaintiff,

     v.

L.A.S.D., et al.,

          Defendants.

Case No. 26-cv-02706 NC (PR)

**ORDER OF TRANSFER**

Plaintiff, an inmate at the Men's Central Jail in Los Angeles, California, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against the Los Angeles Sheriff's Department and the Sheriff. Dkt. No. 6. The complaint seeks injunctive relief and damages for the delay in dental treatment. *Id.* at 2-3. Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division of the Central District of California, *see* 28 U.S.C. § 84(c)(2), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED:   April 27, 2026

NATHANAEL M. COUSINS
United Chief Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2026\02706Carrillo_transfer(CD)

United States District Court
Northern District of California